IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEW CINGULAR WIRELESS PCS, LLC**                                                    **PLAINTIFF**

v.                              Case No. 4:20-cv-00689 KGB

**MEDIA GATEWAY FACILITY, LLC**                                                       **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 16). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs and fees.

It is so ordered this 28th day of October, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge